■ In the Matter of NARCISO S. MARILAO (Admitted as NARCISO SANTIAGO MARILAO, JR.), a Disbarred Attorney. [744 NYS2d 843] —Application for reinstatement withdrawn without prejudice, as indicated. No opinion. Concur—Saxe, J.P., Sullivan, Wallach, Lerner and Rubin, JJ.